UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JULIA A. SUTTON | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-213 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

This Social Security Disability matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge and the Amended Report and Recommendation of the United States Magistrate Judge. No objections have been filed to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 18], and the Amended Report and Recommendation of the United States Magistrate Judge, [Doc. 19], it is hereby **ORDERED** that this Report and Recommendation and the Amended Report and Recommendation are **ADOPTED** and **APPROVED**, and that the motion for summary judgement filed by the plaintiff is **GRANTED**, [Doc. 12], and the motion for summary judgment filed by the defendant is **DENIED.** [Doc. 15]. It is also hereby **ORDERED** that this case is

**REMANDED** to the defendant for another consultative examination, taking into account the MRI's and all other extant records of the plaintiff, followed by further consideration of her claim.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE